## CLARK *v*. HAVENS.

APPEAL from the *Pulaski* Common Pleas.

*Per Curiam.*—*Havens* sued *Clark* before a justice of the peace for the price of a harrow, 13 dollars. Before the justice *Havens* was defaulted after two trials, but he appealed to the Common Pleas, where he was more successful, and obtained a verdict and judgment. *Clark*, failing to obtain a

new trial, appeals to this Court, but has not brought up the evidence, nor is any question presented by the record for our decision.

*A. I. Gould,* for the appellant.

*Pratt & Baldwin,* for the appellee.

The judgment is affirmed.